**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| MURRENS, THOMAS R | § § | Case No. 11-08845 |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MIRIAM R. STEIN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   UNITED STATES BANKRUPTCY COURT
   219 SOUTH DEARBORN STREET
   CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 03/30/2012 in Courtroom B,
   Park City Branch Court
   301 Greenleaf Avenue
   Park City, Illinois 60085-5725

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/19/2011                    By: /s/ Miriam R. Stein
                                               Chapter 7 Trustee


MIRIAM R. STEIN
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL 60606

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                              Case No. 11-08845-ABG
Thomas R Murrens                                                    Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: csimmons              Page 1 of 3              Date Rcvd: Dec 20, 2011
                              Form ID: pdf006             Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2011.
db           +Thomas R Murrens,    922 S. Terre Dr,    Libertyville, IL 60048-1652
16907633     +Akram Halawi/ ReMax at Home,    c/o Michele L. Ohlson,    3215 Algonquin Rd,
               Rolling Meadows, IL 60008-3830
16907636     +American Express,   PO Box 6618,    Omaha, NE 68106-0618
17474995      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16907637     +American Home Mortgage,   PO Box 631730,    Irving, TX 75063-0002
16907638      American Home Mortgage Servicing,    PO Box 619063,    Dallas, TX 75261-9063
16907639     +American Home Mortgage Svs., Inc.,    c/o Ira T. Nevel,    175 N. Franklin #201,
               Chicago, IL 60606-1847
16907640     +Anthony Vojtas,   744 N 4th St,    Milwaukee, WI 53203-2112
16907641     +Ashton & Weinberg Inc,    PO Box 828,   Greenville, RI 02828-0828
16907642     +Associated Bank,   200 N. Adams St.,    Green Bay, WI 54301-5174
16907643      Associated Bank N.A,    Mail Stop 7070, Box 19097,    Green Bay, WI 54307
16907646      Bank of America,   PO Box 15710,    Wilmington, DE 19886-5710
16907644      Bank of America,   PO Box 21848,    Greensboro, NC 27420-1848
16907645     +Bank of America,   PO Box 22031,    Greensboro, NC 27420-2031
16907647     +Bank of America Home Loans,    PO Box 660458,   Dallas, TX 75266-0458
16907648      Bayview Loan Servicing, LLC,    PO Box 3042,   Milwaukee, WI 53201-3042
16907649     +Blatt Hasenmiller Leibsker & Moore,    125 S. Wacker Dr,    Suite 400,    Chicago, IL 60606-4440
16907650      Brooks Law Firm,   3725 Blackhawk Rd.,    Suite 200,   Rock Island, IL 61201
16907660     +CMI,   PO Box 28851,    Philadelphia, PA 19151-0851
16907651     +Capital One,   PO Box 6492,    Carol Stream, IL 60197-6492
17490863      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
               Oklahoma City, OK 73124-8839
16907652     +Capital One Services,    726 Exchange St.,   Suite 700,    Buffalo, NY 14210-1494
16907653     +Car & Lippincott,    700 Lavaca St.,   Suite 1030,   Austin, TX 78701-3115
16907654     +Chicago Title,   171 N. Clark St.,    MLC 2NW,   Chicago, IL 60601-3306
16907655     +Christianne M. Murrens,    922 S. Terre Dr,   Libertyville, IL 60048-1652
16907656      Citi Cards,   PO Box 68891,    Des Moines, IA 50368-8901
16907659     +CitiMortgage, Inc,    1000 Technology Dr. MS 314,    O Fallon, MO 63368-2240
17759666     +Citibank, N.A.,    Payment Center,   4740 121st St,    Urbandale, IA 50323-2402
16907658      Citimortgage,   PO Box 183404,    Columbus, OH 43218
16907657     +Citimortgage,   3950 Regent Blvd.,    MS S2A-283,    Irving, TX 75063-2244
16907661     +Codilis & Associates, P.C.,    15W030 North Frontage Rd,    Suite 100,    Willowbrook, IL 60527-6921
16907662      Cook County Collector,    PO BOx 802448,   Chicago, IL 60680-2448
16907663     +Cook County Treasurer,    Law Dep’t.,    118 North Clark Street,    Chicago, IL 60602-1590
16907666     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,    PO Box 5292,    Carol Stream, IL 60197)
16907664      Dale Tarantur,   1025 Indian Road,    Glenview, IL 60025
16907665      David Drake,   6567 Round Lake Road,    Presque Isle, WI 54557
16907668     +Fidelity National Credit,    PO Box 3051,   Orange, CA 92857-0051
16907669     +Florence Viatle,    121 Siesta Rd,   Carpentersville, IL 60110-1118
16907670      Focus Receivables,    Northchase Pkwy #150,   Marietta, GA 30067
16907671     +GMAC,   PO Box 9001719,    Louisville, KY 40290-1719
16907672      Harlan Accola,    211 S. Central #101,   Madison, WI 53715
17439631     +Harris NA Assignee of FDIC Receiver for AMCORE,     c/o Matthew M. Hevrin,
               Hinshaw & Culbertson LLP,    100 Park Avenue,   Rockford, IL 61101-1099
16907674     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,     100 W. Randolph,
               Bankruptcy Section L 7-425,    Chicago, IL 60602)
16907675      Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
16907676      Ivanhow Club,    28846 N. Thorngate Dr,   Mundelein, IL 60060-5361
16907677     +John Murrens,    571 Beverly Pl.,   Lake Forest, IL 60045-3103
16907678     +John White,    4313 Goldfinch Circle,   Middleton, WI 53562-5210
16907679      Josh Kilty,    211 S. Central Ave. #101,    Madison, WI 53715
16907681     +Larry Anderson,    21961 Tall Oaks Ct,   Lake Zurich, IL 60047-8314
16907682     +Michael C. Weber,    4710 W. Lake Shore Dr.,   Wonder Lake, IL 60097-8106
16907683     +Monco Law Office,    PO Box 1641,   Brookfield, WI 53008-1641
16907684     +Mortgage Managers Inc,    250 Center,   Vernon Hills, IL 60061-1582
16907685     +Mountain Vista Real Estate,    12450 N. Rancho Vistoso Blvd.,    St. 120,    Tucson, AZ 85755-9548
16907686     +Pima County Assessor,    115 N. Church,   Tucson, AZ 85701-1199
16907687     ++REAL TIME RESOLUTIONS INC,    PO BOX 36655,   DALLAS TX 75235-1655
               (address filed with court: Real Time Resolutions, Inc,    1750 Regal Row,    Suite 120,
               Dallas, TX 75235-2287)
16907688     +River City Condominium Association,    c/o Ratika Dhamija,    One N. LaSalle,38th Fl,
               Chicago, IL 60602-4097
16907689     +Rod Zimmerman,    1025 Pine St.,   Winnetka, IL 60093-2023
16907690     +Scott Baldwein,    13630 Ash Hollow Crossing Road,    Poway, CA 92064-1340
16907691     +State of Illinois,    Dept of Labor - Hearings Division,    160 N. LaSalle St., Suite C-1300,
               Chicago, IL 60601-3114
16907692     +Sylwia Bozek Paxton,    113 Dorshire Ct,   Schaumburg, IL 60193-6142
16907693     +Terry W. Biesterfield,    701 Saldeda Dr,   Mundelein, IL 60060-4840
17677657     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank N.A.,    POB 5229,    Cincinnati, OH 45201-5229)
```

```
District/off: 0752-1           User: csimmons               Page 2 of 3            Date Rcvd: Dec 20, 2011
                               Form ID: pdf006              Total Noticed: 71

16907696      +Vernon Square Office Condominium,   c/o Fosco Fullett Rosenlund PC,   1156 Shure Dr., Suite 140,
               Arlington Heights, IL 60004-1439
16907697      +Waterstone Mortgage Corp,   1133 Quail Ct.,   Pewaukee, WI 53072-3764
16907699      +Wells Fargo,   PO Box 94423,   Albuquerque, NM 87199-4423
16907698      +Wells Fargo,   PO Box 95225,   Albuquerque, NM 87199-5225
16907700      +Wisconsin Department of Labor,   PO Box 8928,   Madison, WI 53708-8928
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17392758       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 21 2011 05:35:30     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
16907667       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 21 2011 05:35:30     Discover Card,   PO Box 6103,
               Carol Stream, IL 60197-6103
16907675       E-mail/Text: cio.bncmail@irs.gov Dec 21 2011 04:15:52     Internal Revenue Service,
               P.O. Box 7346,   Philadelphia, PA 19101-7346
16907680      +E-mail/Text: idiaz2@co.lake.il.us Dec 21 2011 04:48:30     Lake County Collector,
               18 N. County St. Room 102,   Waukegan, IL 60085-4361
16907694      +E-mail/Text: c.latorre@tiburonllc.com Dec 21 2011 04:22:03     Tiburon Financial,   PO Box 770,
               Boys Town, NE 68010-0770
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17409374*    ++REAL TIME RESOLUTIONS INC,   PO BOX 36655,   DALLAS TX 75235-1655
              (address filed with court: Real Time Resolutions, Inc.,   1750 Regal Row Suite 120,
              PO Box 36655,   Dallas Texas 75235)
16907695*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,   EP MN L23R,   PO Box 2407,   Minneapolis, MN 55402)
16907634     ##+Amcore Bank,   1210 S. Alpine Rd.,   Rockford, IL 61108-3946
16907635     ##+Amcore Bank,   501 7th Street,   PO Box 1537,   Rockford, IL 61110-0037
16907673     ##+IC Commercial Services,   4012 Gunn HWY,   Suite 250,   Tampa, FL 33618-8802
                                                                                              TOTALS: 0, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2011**                    **Signature:**  _Joseph Speetjens_

```
District/off: 0752-1          User: csimmons              Page 3 of 3                  Date Rcvd: Dec 20, 2011
                              Form ID: pdf006             Total Noticed: 71
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2011 at the address(es) listed below:

```
              Brian L Shaw    on behalf of Debtor Thomas Murrens bshaw100@shawgussis.com,
               bharrington@shawgussis.com
              Maria  Georgopoulos    on behalf of Creditor  GMAC Mortgage, LLC as servicer for U.S. Bank
               National Association as Trustee for RFMSI 2007SA3 nd-four@il.cslegal.com
              Marylynne K Schwartz    on behalf of Debtor Thomas Murrens mschwartz@shawgussis.com
              Matthew M. Hevrin    on behalf of Creditor  Harris N.A. as the Assignee of the Federal Deposit
               Insurance Corporation as the Receiver for AMCORE Bank, N.A. mhevrin@hinshawlaw.com,
               jfornal@hinshawlaw.com
              Miriam R Stein    mrstein@arnstein.com,    jbmedziak@arnstein.com;mstein@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Timothy R Yueill    on behalf of Creditor  Deutsche Bank National Trust Company
               timothyy@nevellaw.com
                                                                                             TOTAL: 7
```