## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

In re:                                §
                                      §
MURRENS, THOMAS R                     §        Case No. 11-08845
                                      §
               Debtor(s)              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MIRIAM R. STEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/MIRIAM R. STEIN _____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003B | HARRIS NA ASSIGNEE OF FDIC RECEIVER | | | | | |
| 000002 | REAL TIME RESOLUTIONS, INC. | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MIRIAM R. STEIN | | | | | |
| MIRIAM R. STEIN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Bank of America, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000007 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000009 | CITIBANK, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000003A | HARRIS NA ASSIGNEE OF FDIC RECEIVER | | | | | |
| 000005 | IVANHOW CLUB | | | | | |
| 000010 | JOHN WHITE | | | | | |
| 000008 | U.S. BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 11-08845 | ABG | Judge: A. BENJAMIN GOLDGAR | | | Trustee Name: | MIRIAM R. STEIN |
|---|---|---|---|---|---|---|---|

Case Name:    MURRENS, THOMAS R

Date Filed (f) or Converted (c):    03/03/11 (f)

341(a) Meeting Date:    05/06/11

For Period Ending:   03/15/13

Claims Bar Date:    09/07/11

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. | Cash | 100.00 | 100.00 | | 100.00 | FA |
| 2. | Checking acct #2484 held at Libertyville Bank and | 411.08 | 411.08 | | 411.08 | FA |
| 3. | Mutual Fund #0575 at Putnam | 96.63 | 96.63 | | 96.63 | FA |
| 4. | Investment acct #3081 at Platinum Holdings Tom Mur | 0.00 | 0.00 | | 0.00 | FA |
| 5. | Franchise deposit with Waterstone Mortgage Corp | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 6. | Stereo receiver and 36" tv | 0.00 | 0.00 | | 100.00 | FA |
| 7. | Books, picture and cd's | 0.00 | 0.00 | | 100.00 | FA |
| 8. | Ordinary apparel | 500.00 | 500.00 | | 500.00 | FA |
| 9. | Wedding band, wrist watch and cuff links | 200.00 | 200.00 | | 200.00 | FA |
| 10. | Shot gun and 2 sets of golf clubs | 0.00 | 0.00 | | 200.00 | FA |
| 11. | Insurance policy  # 14-918-734 held by Northwester | 3,042.98 | 3,042.98 | | 0.00 | FA |
| 12. | Insurance policy  # 18-872-510 held by Northwester | 0.00 | 0.00 | | 0.00 | FA |
| 13. | IRA acct #1769 held by DWS Investments | 3,990.00 | 3,990.00 | | 0.00 | FA |
| 14. | Mortgage Managers Inc. - 50% interest | 0.00 | 0.00 | | 0.00 | FA |
| 15. | Expected 2009 tax refund $4939 is total. Debtor ha | 2,469.50 | 2,469.50 | | 2,469.50 | FA |
| 16. | Expected 2010 tax refund $12,476 is total. Debtor | 6,238.00 | 6,238.00 | | 6,238.00 | FA |
| 17. | Possible commissions due and owing Debtor | 0.00 | 0.00 | | 0.00 | FA |
| 18. | National Mortgage License State of Illinois  - Loa | 0.00 | 0.00 | | 0.00 | FA |
| 19. | 2002 Toyota Solara Convertible | 6,000.00 | 6,000.00 | | 4,000.00 | FA |
| 20. | 2004 GMC Yukon XL 1500 Denali Sport Utility 4D 132 | 8,000.00 | 8,000.00 | | 5,000.00 | FA |
| 21. | John Deere riding mower | 0.00 | Unknown | | 584.79 | FA |
| 22. | RETURN OF DISTRIBUTION FUNDS (u) | 0.00 | 0.00 | | 170.60 | FA |
| | $243.20 ORIGINALLY DISTRIBUTED - $170.60 RETURNED AS<br>OVERPAYMENT | | | | | |
| INT. | Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.64 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | |
|---|---|
| Case No:       11-08845     ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:       MIRIAM R. STEIN |
| Case Name:   MURRENS, THOMAS R | Date Filed (f) or Converted (c):   03/03/11 (f) |
| | 341(a) Meeting Date:   05/06/11 |
| | Claims Bar Date:   09/07/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $71,048.19 | $71,048.19 | | $20,171.24 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/12          Current Projected Date of Final Report (TFR): 03/31/12

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   1

Exhibit 9

| Case No: | 11-08845  -ABG |
| Case Name: | MURRENS, THOMAS R |

| Taxpayer ID No: | *******9489 |
| For Period Ending: | 03/15/13 |

| Trustee Name: | MIRIAM R. STEIN |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******0530  Checking Account |

| Blanket Bond (per case limit): | $   100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/13/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 10,027.28 | | 10,027.28 |
| 12/13/12 | 300001 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 0.46974% | 7100-000 | | 28.91 | 9,998.37 |
| 12/13/12 | 300002 | Harris NA Assignee of FDIC Receiver for AMCORE c/o Matthew M. Hevrin Hinshaw & Culbertson LLP 100 Park Avenue Rockford, IL 61101 | Claim 000003A, Payment 0.46977% | 7100-000 | | 9,353.65 | 644.72 |
| 12/13/12 | 300003 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000006, Payment 0.46972% | 7100-000 | | 93.63 | 551.09 |
| 12/13/12 | 300004 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 248839 Oklahoma City, OK 73124-8839 | Claim 000007, Payment 0.46978% | 7100-000 | | 58.32 | 492.77 |
| 12/13/12 | 300005 | U.S. Bank N.A. POB 5229 Cincinnati, OH 45201-5229 | Claim 000008, Payment 0.46969% | 7100-000 | | 40.30 | 452.47 |
| 12/13/12 | 300006 | Citibank, N.A. Payment Center 4740 121st St Urbandale, IA 50323 | Claim 000009, Payment 0.82579% | 7100-000 | | 452.47 | 0.00 |

Page Subtotals          10,027.28          10,027.28

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-08845  -ABG | |
| Case Name: | MURRENS, THOMAS R | |
| | | |
| Taxpayer ID No: | *******9489 | |
| For Period Ending: | 03/15/13 | |

| | | |
|---|---|---|
| Trustee Name: | MIRIAM R. STEIN | |
| Bank Name: | UNION BANK | |
| Account Number / CD #: | *******0530  Checking Account | |
| | | |
| Blanket Bond (per case limit): | $   100,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 10,027.28 | 10,027.28 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 10,027.28 | 0.00 | |
| | | | Subtotal | | 0.00 | 10,027.28 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 10,027.28 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 11-08845 -ABG | Trustee Name: | MIRIAM R. STEIN |
| Case Name: | MURRENS, THOMAS R | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0416  Money Market Account |
| Taxpayer ID No: | *******9489 | | |
| For Period Ending: | 03/15/13 | Blanket Bond (per case limit): | $   100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/22/11 | * NOTE * | THOMAS R. MURRENS 922 S. TERRE DRIVE LIBERTYVILLE, IL 60048 | * NOTE *  Properties 1, 2, 3, 6, 7, 8, 9, 10, 15, 16, 19, 20, 21 | 1129-000 | 20,000.00 | | 20,000.00 |
| 07/29/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 20,000.03 |
| 08/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,000.20 |
| 09/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 20,000.36 |
| 10/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,000.53 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 25.48 | 19,975.05 |
| 11/21/11 | INT | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 19,975.16 |
| 11/21/11 | | Transfer to Acct #*******0461 | Final Posting Transfer | 9999-000 | | 19,975.16 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 20,000.64 | 20,000.64 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 19,975.16 | |
| Subtotal | 20,000.64 | 25.48 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 20,000.64 | 25.48 | |

|  | Page Subtotals | 20,000.64 | 20,000.64 |

Ver: 17.01

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:     11-08845  -ABG
Case Name:   MURRENS, THOMAS R

Trustee Name:            MIRIAM R. STEIN
Bank Name:               Bank of America, N.A.
Account Number / CD #:   *******0461  Checking Account

Taxpayer ID No: *******9489
For Period Ending: 03/15/13

Blanket Bond (per case limit):   $   100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/21/11 | | Transfer from Acct #*******0416 | Transfer In From MMA Account | 9999-000 | 19,975.16 | | 19,975.16 |
| 02/06/12 | 003001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | BLANKET BOND PREMIUM PRO RATA SHARE OF TRUSTEE'S BLANKET BOND PREMIUM | 2300-000 | | 16.14 | 19,959.02 |
| 04/05/12 | 003002 | MIRIAM R. STEIN 120 S. RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL  60606 | Chapter 7 Compensation/Expense | | | 2,845.88 | 17,113.14 |
| | | | Fees          2,750.06 | 2100-000 | | | |
| | | | Expenses        95.82 | 2200-000 | | | |
| * 04/05/12 | 003003 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Claim 000004, Payment 100.00000% | 5800-003 | | 9,471.10 | 7,642.04 |
| 04/05/12 | 003004 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 0.35600% | 7100-000 | | 21.91 | 7,620.13 |
| 04/05/12 | 003005 | Harris NA Assignee of FDIC Receiver for AMCORE c/o Matthew M. Hevrin Hinshaw & Culbertson LLP 100 Park Avenue Rockford, IL 61101 | Claim 000003A, Payment 0.35602% | 7100-000 | | 7,088.84 | 531.29 |
| * 04/05/12 | 003006 | Ivanhow Club 28846 N. Thorngate Dr Mundelein, IL 60060-5361 | Claim 000005, Payment 0.35603% | 7100-003 | | 35.35 | 495.94 |
| 04/05/12 | 003007 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 | Claim 000006, Payment 0.35604% | 7100-000 | | 70.97 | 424.97 |

Page Subtotals          19,975.16          19,550.19

Ver: 17.01

FORM 2                                                                                          Page:   5
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| Case No: | 11-08845  -ABG | Trustee Name: | MIRIAM R. STEIN |
|---|---|---|---|
| Case Name: | MURRENS, THOMAS R | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0461  Checking Account |
| Taxpayer ID No: | *******9489 | | |
| For Period Ending: | 03/15/13 | Blanket Bond (per case limit): | $   100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Malvern, PA 19355-0701 | | | | | |
| 04/05/12 | 003008 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 248839 Oklahoma City, OK 73124-8839 | Claim 000007, Payment 0.35596% | 7100-000 | | 44.19 | 380.78 |
| 04/05/12 | 003009 | U.S. Bank N.A. POB 5229 Cincinnati, OH 45201-5229 | Claim 000008, Payment 0.35606% | 7100-000 | | 30.55 | 350.23 |
| * 04/05/12 | 003010 | Citibank, N.A. Payment Center 4740 121st St Urbandale, IA 50323 | Claim 000009, Payment 0.35602% | 7100-003 | | 195.07 | 155.16 |
| * 04/05/12 | 003011 | John White 4313 Goldfinch Circle Middleton, WI 53562 | Claim 000010, Payment 0.35602% | 7100-003 | | 155.16 | 0.00 |
| 06/18/12 | 22 | University of Chicago 970 East 58th Street Suite 350 Chicago, IL 60637 | | 1290-000 | 170.60 | | 170.60 |
| * 06/18/12 | 003003 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Claim 000004, Payment 100.00000% Returned by IRS with statement advising that all taxes paid | 5800-003 | | -9,471.10 | 9,641.70 |
| * 06/19/12 | 003010 | Citibank, N.A. Payment Center 4740 121st St Urbandale, IA 50323 | Claim 000009, Payment 0.35602% CREDITOR CLAIMS IT NEVER RECEIVED DISTRIBUTION CHECK AND ASKS IT BE RE-ISSUED | 7100-003 | | -195.07 | 9,836.77 |
| * 11/13/12 | 003006 | Ivanhow Club 28846 N. Thorngate Dr Mundelein, IL 60060-5361 | Claim 000005, Payment 0.35603% | 7100-003 | | -35.35 | 9,872.12 |
| * 11/13/12 | 003011 | John White | Claim 000010, Payment 0.35602% | 7100-003 | | -155.16 | 10,027.28 |

|  | | | Page Subtotals | | 170.60 | -9,431.71 | |

FORM 2                                                                                          Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| Case No: | 11-08845  -ABG | | Trustee Name: | MIRIAM R. STEIN |
|---|---|---|---|---|
| Case Name: | MURRENS, THOMAS R | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0461  Checking Account |
| Taxpayer ID No: | *******9489 | | | |
| For Period Ending: | 03/15/13 | | Blanket Bond (per case limit): | $   100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/13/12 | | 4313 Goldfinch Circle<br>Middleton, WI 53562<br>Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 10,027.28 | 0.00 |

|  | | COLUMN TOTALS | 20,145.76 | 20,145.76 | 0.00 |
|---|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 19,975.16 | 10,027.28 | |
| Subtotal | | 170.60 | 10,118.48 | |
| | Less: Payments to Debtors | | 0.00 | |
| Net | | 170.60 | 10,118.48 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******0530 | 0.00 | 10,027.28 | 0.00 |
| Money Market Account - *******0416 | 20,000.64 | 25.48 | 0.00 |
| Checking Account - *******0461 | 170.60 | 10,118.48 | 0.00 |
| | 20,171.24 | 20,171.24 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00            10,027.28

Ver: 17.01

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*